JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH J. LARA, | Case No. 2:21-cv-08609-JLS-MAA |
| Petitioner, | **JUDGMENT** |
| v. | |
| LOS ANGELES COURT, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition and Dismissing Action Without Prejudice filed herewith,

IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED and the action is DISMISSED without prejudice.

DATED:  April 14, 2022

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE